1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Chavez-Lara

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   CASE NO. 07MJ8979
                                    )
11         Plaintiff,                )
                                    )
12 v.                               )
                                    )   **NOTICE OF APPEARANCE**
13 **GUSTAVO CHAVEZ-LARA,**          )
                                    )
14                                  )
           Defendant.                )
15                                  )
                                    )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

                                        Respectfully submitted,

21
   Dated: December 19, 2007              /s/ STEPHEN D. DEMIK
22                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
23                                       Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: December 19, 2007        /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Stephen_Demik@fd.org (email)